| | AUSA: | Rawsthorne | Telephone: | (810) 766-5177 |
|---|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Gatza, ATF | Telephone: | (810) 341-5710 |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
   v.

Deangelo Montez Talton,

Case No.   4:25-mj-30347
Judge: Ivy, Curtis
Filed: 05-29-2025

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 19, 2025 _____ in the county of _____ Genesee _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | felon in possession of a firearm |

This criminal complaint is based on these facts:

There is probable cause exists to believe that on May 19, 2025, in the Eastern District of Michigan, Deangelo Montez Talton, possessed a firearm as a previously convicted felon, in violation of 18 U.S.C. § 922(g)(1).

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Barry Gatza, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence and/or by
reliable electronic means.

Date: _May 29, 2025_____

_____
*Judge's signature*

City and state: _Bay City, MI_____

Hon. Patricia T. Morris, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Barry Gatza, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION & AGENT BACKGROUND

1.     I make this affidavit from personal knowledge based on the following:  my participation in this investigation, including witnessing interviews by myself and/or other law enforcement officers, communications with others who have personal knowledge of the events and circumstances described herein, and information gathered through my training and experience. The information outlined below is for the limited purpose of obtaining a criminal complaint and an arrest warrant. I have not set forth each and every fact I have learned in this investigation.

2.     I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, United States Department of Justice, assigned to the Detroit Field Division since July 2020. I graduated from the Criminal Investigator Training Program and the ATF Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. During my employment with ATF, I have conducted and/or participated in numerous criminal investigations involving the possession and use of firearms, drug trafficking violations, criminal street gangs and other violations of federal law.

## PURPOSE OF AFFIDAVIT

3.    The purpose of this affidavit is to establish probable cause that on May 19, 2025, in the Eastern District of Michigan, Deangelo Montez Talton (DOB: XX/XX/1986), possessed a firearm as a previously convicted felon in violation of 18 U.S.C. § 922(g)(1).

4.    Because this affidavit is being submitted for the limited purpose of establishing probable cause for a criminal complaint, I have not included each and every fact known to me concerning this investigation.  I have set forth facts that I believe are necessary to establish probable cause of violations of federal criminal offense, specifically 18 U.S.C. § 922(g)(1).

## PROBABLE CAUSE

5.    On May 19, 2025, a Genesee County Sheriff's Deputy was dispatched to a medical call at the MTA bus station reference a male on a public bus refusing to wake up and exit the bus.  The MTA bus station is located at 615 Harrison Street, Flint, in the Eastern District of Michigan.

6.    Once the Deputy arrived on-scene, he located a male wearing a blue jacket and blue jeans laying on his right side on a bench seat in the bus.  MTA staff advised the Deputy they attempted to wake up the male, but the male was non-complaint and would go back to sleep.  The Deputy conducted a pat-down of the male to assess for any possible weapons.  During the pat-down, the Deputy noted a hard object which

2

felt like a trigger guard and the handle of a pistol in the male's front right jacket pocket.  The Deputy removed the firearm from the front right jacket pocket prior to attempting to wake the male up due to safety concerns.  Upon removing the firearm, the Deputy removed the magazine out of the weapon.  The magazine contained five live rounds of .380 caliber ammunition and there was one live round in the chamber of the firearm.  The firearm was found to be a Sig Sauer P328, .380 caliber, semi-automatic pistol, bearing serial number 27B080287.  The firearm's information was ran through the Law Enforcement Information Network (LEIN) by Central Dispatch. LEIN advised the firearm was listed as stolen by the Metro Police Authority of Genesee County.

7.    The male did not have any identification cards with him but verbally identified himself as being Deangelo Talton, date of birth: XX/XX/1986 to the Deputy.

8.    The male refused medical assistance and then was arrested for Weapons – Firearms – Possession by a Prohibited Person.  Talton was then transported to the Genesee County Jail where he was lodged.

9.    On May 20, 2025, a Genesee County Sheriff's Office Detective Sergeant conducted an interview with Talton in an interview room at the Genesee County Jail. After being read his Miranda Rights, Talton advised he understood his rights and agreed to speak with the Detective Sergeant.  During the interview, Talton advised

3

he was currently on federal parole for guns and had been to federal prison a few times for gun charges.  Talton advised he was on the bus going home after staying up all night and fell asleep.  Talton further advised he had the gun in his pocket that the police had found.  Talton had purchased the gun a week ago for $100 from a male he did not know.   The bullets that were found in the gun came with the gun when he bought it.  Talton also advised the male who sold him the firearm, shot the firearm to prove it worked.

10.   In May of 2025, I reviewed a Computerized Criminal History (CCH) of Talton which revealed he has been convicted of at least one felony offense that are punishable by more than one year in jail.  As a result, he is not legally permitted to possess firearms under federal or state law.  Specifically, Talton has the following felony convictions:

- Federal Convictions:

    a) 2010 – Felon in Possession of a Firearm – Pled guilty and sentenced to 64 months of federal prison and 36 months of supervised release following prison.

        - In 2017, following federal prison, Talton had a federal probation violation which sentenced him back to federal prison for 8 months and 12 months of supervised release following prison;

4

- In 2018, after being released from federal prison, Talton had a federal supervised release violation, which sentenced him back to federal prison for 30 months and 36 months of supervised release following prison;

b) 2018 - Felon in Possession of Firearm- In 2018, Talton was again convicted of being a felon in possession of a firearm.

c) 2022 – Felon in Possession of Firearm – Convicted and was sentenced to 30 months of federal prison and 24 months of supervised release following prison.

- <u>State Convictions:</u>

a) 2007 – Felony Controlled Substance – Possess (cocaine, heroin, or another narcotic) less than 25 grams – 7th Circuit Court - Genesee County, Michigan

b) 2009 – Felony Controlled Substance – Del/Mfg. marijuana – 35th Circuit Court – Shiawassee County, Michigan

11. I contacted Interstate Nexus Expert ATF Special Agent Kyle McGraw. SA McGraw advised, based upon the description provided, the Sig Sauer, model: P328 semi-automatic pistol, was a firearm as defined under 18 U.S.C. § 921 and was manufactured outside of the state of Michigan after 1898, and therefore the firearm had traveled in and affected interstate commerce.

5

## **CONCLUSION**

12.   Based upon the above information, probable cause exists to believe that on May 19, 2025, in the Eastern District of Michigan, Deangelo Montez Talton, possessed a firearm as a previously convicted felon, in violation of 18 U.S.C. § 922(g)(1).

Special Agent Barry Gatza
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Subscribed and sworn before me or by reliable electronic means on this 29th day of May, 2025.

Hon. Patricia T. Morris
United States Magistrate Judge

6